1

2

3

4

5

6

7

8                             UNITED STATES DISTRICT COURT

9                             EASTERN DISTRICT OF CALIFORNIA

10

11   JOHN THOMAS,                      )        1:07-CV-1165 AWI NEW (DLB) (PC)
                                       )
12          Plaintiff,                 )        ORDER GRANTING EXTENSION OF
                                       )        TIME TO FILE APPLICATION TO
13          vs.                        )        PROCEED IN FORMA PAUPERIS
                                       )
14   CALIFORNIA DEPT. OF               )        (Doc. 3)
     CORRECTIONS AND                   )
15   REHABILITATION, et al.,           )        THIRTY DAY DEADLINE
                                       )
16          Defendants.                )
     _____)

17

18          Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

19   On August 10, 2007, plaintiff filed a motion to extend time to file an application to proceed in forma

20   pauperis.  Good cause having been presented to the court and GOOD CAUSE APPEARING

21   THEREFOR, IT IS HEREBY ORDERED that:

22          Plaintiff is granted thirty days from the date of service of this order in which to file his

23   application to proceed in forma pauperis.

24          IT IS SO ORDERED.

25      Dated:    September 13, 2007              _____/s/ Dennis L. Beck_____
                                                 UNITED STATES MAGISTRATE JUDGE
26

27

28