IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN THOMAS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CA DEPARTMENT OF CORRECTIONS<br>AND REHABILITATION, et al.,<br><br>　　　　Defendants.<br>_____/ | 1:07-cv-1165 AWI GSA (PC)<br><br>ORDER GRANTING SECOND MOTION TO EXTEND TIME TO FILE APPLICATION TO PROCEED IN FORMA PAUPERIS<br>(Doc. 9)<br><br>ORDER FOR CLERK TO SEND PLAINTIFF IFP APPLICATION<br><br>THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On October 22, 2007, plaintiff filed a motion to extend time to file an application to proceed in forma pauperis. Plaintiff also requests another form application from the court. He explains that he was transferred to another facility and does not have the form application that was previously sent. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

1. The Clerk of Court is DIRECTED to send plaintiff a form application to proceed in forma pauperis for a prisoner; and

2. Plaintiff is granted thirty (30) days from the date of service of this order in which to file the application to proceed in forma pauperis.

IT IS SO ORDERED.

Dated:   **November 8, 2007**　　　　　　　　　  **/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE