IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN THOMAS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　Defendants.<br>_____/ | 1:07-cv-01165-AWI-GSA (PC)<br><br>ORDER TO SHOW CAUSE RE DEFENDANT COX'S FAILURE TO RESPOND TO THE COURT'S ORDER RE CONSENT OR REQUEST FOR REASSIGNMENT<br><br>RESPONSE DUE IN 30 DAYS |

　　　　On January 29, 2010, the court issued an Order Re Consent or Request for Reassignment, requiring defendant Cox to complete and return the form within thirty (30) days, indicating either consent to the jurisdiction of the U.S. Magistrate Judge, or requesting that the case be reassigned to a U.S. District Judge.[1]  The thirty (30)-day period has now expired, and defendant Cox has not returned the form, or otherwise responded to the court's order.

　　　　Local Rule 110 provides that "failure of counsel or of a party to comply with these Local Rules or with any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court."

///

---

[1] Defendant Sergeant R. Cox is the sole defendant remaining in this action.  On October 19, 2009, the Court dismissed all other defendants from this action based on Plaintiff's failure to state any claims against them.  (Doc. 24.)

-1-

1         Based on the foregoing, it is HEREBY ORDERED that within 30 days from the
2 date of service of this order, defendant Cox shall complete and return the Order Re Consent or
3 Request for Reassignment, a copy of which is attached hereto, or show cause, in writing, why
4 sanctions should not be imposed for defendant Cox's failure to obey a court order.
5   IT IS SO ORDERED.
6   **Dated:**   **March 18, 2010**       /s/ **Gary S. Austin**
                                                              UNITED STATES MAGISTRATE JUDGE