# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN THOMAS, | CASE NO. 1:07-cv-01165-AWI-GBC PC |
| Plaintiff, | ORDER CORRECTING THE SECOND SCHEDULING ORDER |
| v. | (ECF No. 38.) |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

Plaintiff John Thomas ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On January 7, 2011, the Court issued the second scheduling order setting date in this action. On March 8, 2011, it was brought to the Court's attention that there was an error on page 4 of the order in stating the date of the telephonic hearing.

Accordingly, it is HEREBY ORDERED that the date of the telephonic trial confirmation hearing on page 4 of the second scheduling order is corrected from March 9, 2011 to **May 9, 2011.**

IT IS SO ORDERED.

Dated: March 8, 2011

UNITED STATES MAGISTRATE JUDGE