UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN THOMAS, | CASE NO.   1:07-cv-01165-AWI-GBC (PC) |
| Plaintiff, | ORDER REQUIRING PLAINTIFF SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO FILE A PRETRIAL STATEMENT |
| v. | |
| CA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | FIFTEEN DAY DEADLINE |

**ORDER**

Plaintiff John Thomas ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action arises out of the alleged use of excessive force in violation of Plaintiff's Eighth Amendment right.  It has been set for a telephonic trial confirmation hearing on May 9, 2011[1], and a jury trial on June 21, 2011.  (ECF No. 38.)

On January 7, 2011, the Court issued the Second Scheduling Order, which required

---

[1] The hearing was originally scheduled for March 9, 2011, but has since been rescheduled to May 9, 2011.  (ECF No. 44.)

Plaintiff to file a pretrial statement on or before March 7, 2011.  (Id. at p. 4.)  The Order also warned Plaintiff that failure to file a pretrial statement may result in the imposition of appropriate sanctions, which could include dismissal of the action or entry of default.  (Id.)  Plaintiff has failed to comply with or otherwise respond to the Court's Order.  Defendant's pretrial statement was filed April 6, 2011.  (ECF No. 45.)

        Accordingly, it is HEREBY ORDERED that:

1. Within fifteen (15) days from the date of service of this Order, Plaintiff shall show cause why he has failed to file a pretrial statement; and

2. The failure to respond to this Order will result in dismissal of this action with prejudice.

IT IS SO ORDERED.

Dated:   April 15, 2011

UNITED STATES MAGISTRATE JUDGE