1

2

3

4

5

6

7                     UNITED STATES DISTRICT COURT

8                       EASTERN DISTRICT OF CALIFORNIA

9

10   JOHN THOMAS,                          CASE NO.    1:07-cv-01165-AWI-GBC (PC)

11               Plaintiff,                 ORDER DENYING PLAINTIFF'S MOTIONS
                                            FOR SETTLEMENT CONFERENCE
12        v.
                                            (ECF Nos. 41 & 43)
13   CA DEPARTMENT OF CORRECTIONS
14   AND REHABILITATION, et al.,

15               Defendants.

16   _____/

17

18                                  **ORDER**

19         Plaintiff John Thomas ("Plaintiff") is a state prisoner proceeding pro se and in forma

20
     pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action arises out of
21

22   the alleged use of excessive force in violation of Plaintiff's Eighth Amendment right.

23   Plaintiff filed two Motions for a Settlement Conference, February 11, 2011 and February

24   26, 2011.[1]  (ECF Nos. 41 & 43.)  In his Motions, Plaintiff merely recites Local Rule 270

25   regarding settlement conferences.  Plaintiff does not state anything else regarding his

26

27   _____

         [1]  It appears to the Court that these motions are exactly the same except that the February 11
     Motion has a Clerk's Notice attached to it.  (ECF No. 41, p. 6-7.)

request for the Court to arrange a settlement conference.  In his Pretrial Statement,

Defendant states that he "does not believe that any [settlement] negotiation would be

helpful."  (ECF No. 45, p. 8.)  Accordingly, the Court DENIES Plaintiff's Motions for a

Settlement Conference.

IT IS SO ORDERED.

Dated:    April 19, 2011

UNITED STATES MAGISTRATE JUDGE