# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN THOMAS, | 1:07-CV-01165-AWI GBC PC |
| Plaintiff, | ORDER REQUIRING DEFENDANTS TO NOTIFY COURT WHETHER THEY WILL CONSENT TO MAGISTRATE JUDGE JURISDICTION WITHIN TEN DAYS |
| v. | |
| CA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al. | ORDER DIRECTING CLERK OF COURT TO SEND CONSENT FORM TO DEFENDANTS |
| Defendants. | |

Plaintiff John Thomas ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff alleges that Defendant Cox used excessive force in violation of Plaintiff's Eighth Amendment right. A telephonic trial confirmation hearing is set for May 9, 2011. A jury trial is set for June 21, 2011.

The court hereby reminds the parties that a United States Magistrate Judge is available to conduct trials, including entry of final judgment, pursuant to 28 U.S.C. § 28 U.S.C. 636(c), Federal Rule of Civil Procedure 73, and Local Rule 301. Any appeal from a judgment entered by a United States Magistrate Judge is taken directly to the United States Court of Appeal for the Ninth Circuit.

Because of the extraordinarily high case load in this district, this court has United States Magistrate Judges conduct trials in civil rights actions concerning prison conditions whenever possible. Having a Magistrate Judge preside over the trial makes it far more likely a case will proceed on the scheduled trial date, and the trial will not be delayed by other matters. While consenting to Magistrate Judge jurisdiction will most likely expedite resolution of this action,

you are hereby advised that no adverse substantive consequences will result if you withhold consent.

In this action, Plaintiff has consented to Magistrate Judge Jurisdiction. However, Defendant has not stated that he is willing to consent to Magistrate Judge Jurisdiction. Defendant will be provided with a consent form that will allow him to consider whether to consent or decline Magistrate Judge Jurisdiction in light of the above information. Within ten days from the date of service of this order, Defendant shall inform the court whether Defendant is willing to consent to Magistrate Judge Jurisdiction by filling out the form and returning it to the court.

Accordingly, the court HEREBY ORDERS as follows:

1. The Clerk of the Court is DIRECTED to send Defendant the form that will allow him to consent or decline Magistrate Judge Jurisdiction; and
2. Within **ten (10) days** from the date of service of this order, Defendant shall notify the court whether he consents or declines Magistrate Judge jurisdiction by filling out the form and returning it to the court.

IT IS SO ORDERED.

Dated:   April 29, 2011                               _____
                                                      CHIEF UNITED STATES DISTRICT JUDGE