# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN THOMAS,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>CA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　　　　Defendants.<br>_____/ | 1:07-cv-01165 AWI GBC (PC)<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT JOHN THOMAS,<br>CDC #D-93325, PLAINTIFF**<br><br>DATE:　JUNE 21, 2011<br>TIME:　7:30 A.M. |

　　　　**JOHN THOMAS**, inmate, CDC# D-93325, a necessary and material witness on his own behalf in proceedings in this case on JUNE 21, 2011, is confined at CALIFORNIA STATE PRISON, CORCORAN, 4001 King Avenue, Corcoran, CA  93212, in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Courtroom #2, 8th Floor, United States Courthouse, 2500 Tulare Street, Fresno, California on JUNE 21, 2011, at 7:30 a.m.

## ACCORDINGLY, IT IS ORDERED that:

　　　　1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

　　　　2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:  The Warden of CALIFORNIA STATE PRISON, CORCORAN**:

　　　　**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day today until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

　　　　**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:　　May 11, 2011　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE