**FILED**
**JUDGMENT ENTERED**

<u>6/24/2011</u>
Date

by <u>/s/ Amanda Bradley</u>
Deputy Clerk

U.S. District Court
Eastern District of California

<u>XX</u>  FILE CLOSED

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


JOHN THOMAS,

    Plaintiff,

                      **JUDGMENT IN A CIVIL ACTION**

vs.

                        07-cv-01165 GSA (PC)

R. COX,

    Defendant.
_____/


    JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

    IT IS HEREBY ORDERED AND ADJUDGED that

    JUDGMENT IS HEREBY ENTERED IN FAVOR OF DEFENDANT R. COX, IN ACCORDANCE WITH THE JURY VERDICT RENDERED 6/21/2011.

DATED: <u>June 24, 2011</u>

                                          VICTORIA C. MINOR, Clerk

                                          By: <u>/s/ Amanda Bradley</u>
                                                  Deputy Clerk